U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| William Phills vs. CPD Ofc. Gayle Diggs, #2139 and Unknown Chicago Police Officers, Individually and as agents, servants and/or employees of the City of Chicago, a Body Politic and Corporate | FILED: AUGUST 8, 2008<br>08CV4489<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE DENLOW EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, William Phills

| NAME (Type or print) |
|---|
| Steven J. Malman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Steven J. Malman |
| FIRM |
| Law Offices of Steven J. Malman & Associates |
| STREET ADDRESS |
| 205 West Randolph, Ste. 1040 |
| CITY/STATE/ZIP |
| Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207944 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐