AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

William Phills

V.

CPD Ofc. Gayle Diggs, #2139 and Unknown Chicago Police
Officers, Individually and as agents, servants and/or employee
of the CITY OF CHICAGO, a Body Politic & Corporate

CASE NUMBER:   08CV4489

ASSIGNED JUDGE:   JUDGE CASTILLO

DESIGNATED
MAGISTRATE JUDGE:   MAGISTRATE JUDGE DENLOW EDA

TO: (Name and address of Defendant)

Officer Gayle Diggs, Star No. 2139
Through the Chicago Police Department, Office of the Superintendent
3510 South Michigan, 5th Floor
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Law Offices of Steven J. Malman & Associates
205 West Randolph, Ste. 1040
Chicago, IL 60606
(312) 629-0099

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_Esperanza Arnold_

**(By) DEPUTY CLERK**

**August 8, 2008**

Date



Affidavit of Special Process Server                    (Rev 12/7/00) CCG006

---

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**COOK**

| (County) | (Municipal) | (Division) | (District) |

**PHILLS**                                                **NO: 08 C 4489**

**-VS-**

**CHICAGO POLICE DEPARTMENT, ET AL**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

Dan Petrich, being first duly sworn on oath deposes and says that he was appointed by the Court on
_____ to serve process in the above mentioned cause.

1) That he served the within summons and copy of the complaint on the within named defendant, CHICAGO POLICE DEPARTMENT C/O V. C AFFO, by leaving a copy of each with said defendant personally on AUGUST 20, 2008.

2) That he served the within summons and copy of the complaint on the within named defendant, _____, by leaving a copy of each at his usual place of abode with _____, a person of the family of the age of 13 years or upwards and informed that person of the content thereof on _____, **2008**, and that further he mailed a copy of each in a sealed envelope with postage prepaid addressed to the defendant, _____, at his usual place of residence on _____, **2008**.

3) (a) That the sex, race, and approximate age of the defendant or other person with whom he/she left the summons are as follows:    **Sex: MALE**        **Race: WHITE**            **Age: 50'S**

   (b) That the place where (if possible in terms of an exact street address) and the date and time of the day when

   The summons was left with the defendant or other person was as follows:

   Place: 3510 S. MICHIGAN AVENUE – CHICAGO, IL

   Date: AUGUST 20, 2008        Time: 8:40 A.M.

4) That he/she was unable to serve the within defendant.

_____
Special Process Server Signature

Signed and sworn before me on this ____20th____ day of ____August____, 2008.

_____
Notary Public Signature

OFFICIAL SEAL
SYLVIA SANTOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/10

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**