IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLAM PHILLS, | ) | |
|     Plaintiff, | ) | 08 C4489 |
| | ) | |
| v. | ) | Judge CASTILLO |
| | ) | |
| CHICAGO POLICE OFFICER GAYLE DIGGS, | ) | Magistrate Judge DENLOW |
| Star No. 2139, and UNKNOWN CHICAGO | ) | |
| POLICE OFFICERS Individually and as agents, | ) | |
| servants and/or employees of the CITY OF | ) | |
| CHICAGO, a Body Politic and Corporate, | ) | |
|     Defendants. | ) | |

## CITY OF CHICAGO'S AGREED MOTION TO EXTEND
## THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully asks this Honorable Court for an extension of time up to and including October 3, 2008, in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on August 8, 2008, in the United States District Court, Northern District of Illinois.

2. The undersigned was assigned to the case on September 2, 2008, and has not yet received any of the Chicago Police Department records to enable Defendant to properly respond to Plaintiff's Complaint.

3. This motion is Defendant's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

4. Plaintiff's counsel was informed of this motion on September 5, 2008, and agrees

with its terms.

**WHEREFORE**, Defendant City, respectfully asks for an order extending the time to answer or otherwise plead to October 3, 2008.

                                    Respectfully Submitted,

                                    MARA S. GEORGES
                                    CORPORATION COUNSEL

BY:   **/s/ Rita Moran**
        RITA MORAN
        Assistant Corporation Counsel
        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 744-4939
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I, Rita Moran, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 5th day of September, 2008.

Steven Malman
205 W. Randolph St.
Suite 1040
Chicago, IL 60606
malmanlaw@yahoo.com

      /s/ Rita Moran
      RITA MORAN