IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM PHILLS, | ) | |
| Plaintiff, | ) | 08 C4489 |
| | ) | |
| v. | ) | Judge CASTILLO |
| | ) | |
| CHICAGO POLICE OFFICER GAYLE DIGGS, Star No. 2139, and UNKNOWN CHICAGO POLICE OFFICERS Individually and as agents, servants and/or employees of the CITY OF CHICAGO, a Body Politic and Corporate, Defendants. | ) ) ) ) ) ) ) | Magistrate Judge DENLOW |

## NOTICE OF MOTION

To:   All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in her place or stead, on the 10th day of September, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 5th day of September, 2008.

MARA S. GEORGES
CORPORATION COUNSEL
CITY OF CHICAGO

BY:   /s/ Rita Moran
        RITA MORAN
        Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-4939
Attorney No.: 06270301